UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-11214-GAO

PRISCILLA CHIGARIRO,
Petitioner,

v.

ALLEN GESSEN,
Respondent.

ORDER

O'TOOLE, S.D.J.

Upon review of the Verified Complaint and Petition for the Return of the Child, exhibits attached thereto, and the Motion under the Hague Convention for Entry of an Ex Parte Temporary Restraining Order and Scheduling an Expedited Preliminary Injunction Hearing and Memorandum in support thereof, the Court hereby orders that the motion is granted in part as follows:

**This Order prohibits the removal of the Child from the jurisdiction of this Court. No person acting in concert or participating with Respondent shall take any action to remove the Child from the jurisdiction of this Court. Respondent shall surrender any and all of his passports and all of the passports of the Child to the United States District Court for the District of Massachusetts by 4:00 p.m. the business day following service.**

Petitioner's request for other forms of relief in a temporary restraining order is denied without prejudice. The motion shall remain pending as a motion for preliminary injunction.

Petitioner is responsible for ensuring that Respondent is served with the summons, Complaint and exhibits, the Motion under the Hague Convention for Entry of an Ex Parte

Temporary Restraining Order and Scheduling an Expedited Preliminary Injunction Hearing and Memorandum in support thereof, and this Order in accordance with Rule 4 of the Federal Rules of Civil Procedure. Service must be completed within seven (7) days.

Any response by Respondent to the motion for preliminary injunction is due July 7, 2020 at 12:00 p.m.

The Court shall hold a hearing by videoconference on July 9, 2020 at 2:30 p.m. Counsel of record will receive a video conference invite at the email registered in CM/ECF. Petitioner's counsel shall provide same to Respondent's counsel or, if unrepresented, Respondent.

It is SO ORDERED.

06/26/2020  2:55 P.M.                                         /s/ George A. O'Toole, Jr.
Date and Time                                                 Senior United States District Judge