UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-11214-GAO

PRISCILLA CHIGARIRO,
Petitioner,

v.

ALLEN GESSEN,
Respondent.

ORDER
June 11, 2021

O'TOOLE, S.D.J.

Priscilla Chigariro brought this suit seeking an order returning her minor child to Zimbabwe pursuant to the Hague Convention on the Civil Aspects of International Child Abduction, Oct. 25, 1980, T.I.A.S. No. 11670 [hereinafter, "Hague Convention"], as implemented by the International Child Abduction Remedies Act, 22 U.S.C. § 9001 et seq. Both sides are represented by counsel. After some discovery, Allen Gessen, the child's father, has moved for summary judgment.

Because there is no right to a jury trial on a claim under the Hague Convention, the ultimate disposition of the case will be made by this Court whether on summary judgment or after trial. In the former circumstance, the parties' respective positions can be challenged by contradiction, but in the case of a trial, their positions can be challenged both by contradiction and by cross-examination. The latter is likely to result in a more reliable decision.

2

Accordingly, the Motion for Summary Judgment (dkt. no. 28) is DENIED in favor of a trial before the Court. A telephonic status conference shall be held on June 23, 2021, at 12:30 p.m. It is SO ORDERED.

/s/ George A. O'Toole, Jr.
Senior United States District Judge